**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**GLEN CARDWELL**                                                        **PLAINTIFF**

**v.**                                                                    **No. 3:12CV57-A-A**

**DR. MCCLEAVE, ET AL.**                                      **DEFENDANTS**

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated February 11, 2013, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1.       That the Report and Recommendation of the United States Magistrate Judge dated February 11, 2013, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2.       That the plaintiff's claims defendants Dr. McCleave, Ronda Kirk, Dr. Emmanuel Kpabitey, M.D. Kentrell Liddell, Christopher Epps, E.L. Sparkman, Dr. Scott Guidy, Forrest General Hospital, and BCCF are **DISMISSED** with prejudice.

3.       That the plaintiff's claim against defendant Wanda Collier for denial of adequate medical care will **PROCEED**.

**SO ORDERED**, this the 30th day of August, 2013.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT JUDGE**